SEYFARTH SHAW LLP
Candice Zee (SBN 227453)
czee@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
US FOODS, INC.

SEYFARTH SHAW LLP
Cassandra H. Carroll (SBN 209123)
ccarroll@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
US FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE WHITE-ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC., a Delaware corporation; and DOES 1 through 20 Inclusive,,<br><br>Defendant. | Case No. C12-05594-WHA<br><br>**NOTICE OF CHANGE OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that Defendant US FOODS, INC. hereby substitutes Candice T. Zee of Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500, Los Angeles, CA 90067 and Cassandra H. Carroll of Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco,

1  California 94105, in place of Joan B. Tucker Fife, Winston & Strawn LLP, 101 California Street,
2  Suite 3900, San Francisco, CA 94111 and Emilie C. Woodhead, Winston & Strawn LLP, 333 S.
3  Grand Avenue, Los Angeles, CA 90071 as counsel of record in the above-captioned case from
4  this date forward.

6  We consent to the above substitution.          US FOODS, INC.
7  DATED: March 27, 2013

8  By: _____
9       Kenneth Robling

10 We consent to the above substitution.          SEYFARTH SHAW LLP
11 DATED: March 27, 2013

13 By: _____
        Candice T. Zee
14      Cassandra H. Carroll

16 We consent to the above substitution.          WINSTON & STRAWN LLP
17 DATED: March 27, 2013

18 By: _____
19      Emilie C. Woodhead

21                    IT IS SO ORDERED.
22 DATED: March 28, 2013.
                                               _____
23                                             HONORABLE WILLIAM H. ALSUP
                                               United States District Judge

24 15401040v.1

---

2

NOTICE OF SUBSTITUTION OF COUNSEL