| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Candice Zee (SBN 227453)<br>czee@seyfarth.com |
| 3 | 2029 Century Park East, Suite 3500<br>Los Angeles, CA 90067 |
| 4 | Telephone:   (310) 277-7200<br>Facsimile:    (310) 201-5219 |
| 5 | |
| 6 | Attorneys for Defendant<br>US FOODS, INC. |
| 7 | |
| 8 | SEYFARTH SHAW LLP<br>Cassandra H. Carroll (SBN 209123) |
| 9 | ccarroll@seyfarth.com<br>560 Mission Street, 31st Floor |
| 10 | San Francisco, California  94105<br>Telephone:   (415) 397-2823 |
| 11 | Facsimile:    (415) 397-8549 |
| 12 | Attorneys for Defendant |
| 13 | US FOODS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE WHITE-ANDERSON,<br><br>  Plaintiff,<br><br>v.<br><br>US FOODS, INC., a Delaware corporation;<br>and DOES 1 through 20 Inclusive,,<br><br>  Defendant. | Case No. C12-05594-WHA<br><br>**NOTICE OF CHANGE OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that Defendant US FOODS, INC. hereby substitutes Candice T. Zee of Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500, Los Angeles, CA 90067 and Cassandra H. Carroll of Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco,

NOTICE OF CHANGE OF COUNSEL

1  California 94105, in place of Joan B. Tucker Fife, Winston & Strawn LLP, 101 California Street,
2  Suite 3900, San Francisco, CA 94111 and Emilie C. Woodhead, Winston & Strawn LLP, 333 S.
3  Grand Avenue, Los Angeles, CA 90071 as counsel of record in the above-captioned case from
4  this date forward.

6  We consent to the above substitution.           US FOODS, INC.
7  DATED: March 27, 2013

8                                                   By: _____
9                                                   Kenneth Robling

10 We consent to the above substitution.           SEYFARTH SHAW LLP
11 DATED: March 27, 2013

13                                                   By: _Cassandra H. Carroll_
                                                     Candice T. Zee
14                                                   Cassandra H. Carroll

16 We consent to the above substitution.           WINSTON & STRAWN LLP
17 DATED: March 27, 2013

18                                                   By: _Emilie C. Woodhead_
19                                                   Emilie C. Woodhead

21                    IT IS SO ORDERED.
22 DATED: March 28, 2013.              _____
23                                     HONORABLE WILLIAM H. ALSUP
                                        United States District Judge
24 15401040v.1

2
NOTICE OF SUBSTITUTION OF COUNSEL