IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE WHITE-ANDERSON, | |
| Plaintiff, | No. C 12-05594 WHA |
| v. | |
| US FOODS, INC., a Delaware corporation, and DOES 1 through 20, inclusive, | **ORDER RE NOTICE OF SETTLEMENT** |
| Defendant. | |

The Court acknowledges and thanks plaintiff for her notice of settlement in the captioned matter but cautions that all deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: July 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE