IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE WHITE-ANDERSON,

    Plaintiff,

  v.

US FOODS, INC., a Delaware corporation, and DOES 1 through 20, inclusive,

    Defendant.

No. C 12-05594 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff for her notice of settlement in the captioned matter but cautions that all deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: July 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE